Nov-18-02 12:39pm From-JUDGE JUDITH K GUTHRIE 8035801081 T-516 P 03/03 F-967

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV 1 9 2002

DAVID J. MALAND, CLERK
BY_____
DEPUTY

| | | |
|---|---|---|
| JIMMY RAY BRIGHAM | § | |
| V. | § | CIVIL ACTION NO. 6:02CV264 |
| WILLIAM JOCK, ET AL. | § | |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have United States Magistrate Judge Judith K. Guthrie conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Any appeal of the case will lie with the United States Court of Appeals unless otherwise noted.

**FOR THE PLAINTIFF(S)**

_____
Date

_____
Date

**FOR THE DEFENDANT(S)**

_____   11/19/02
Date

_____
Date