IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | |
|---|---|
| JIMMY RAY BRIGHAM | § |
| v. | § CIVIL ACTION NO. 6:02cv264 |
| STEVEN YATES, ET AL. | § |

### FINAL JUDGMENT

The above-styled lawsuit having come before the Court for consideration, and a decision having been duly rendered, it is hereby

ORDERED and ADJUDGED that the Plaintiff take nothing on his lawsuit and that this lawsuit is DISMISSED without prejudice for failure to exhaust administrative remedies.

SIGNED this 2nd day of December, 2002.

Judith K. Guthrie
United States Magistrate Judge

